Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
10, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed July 10, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00562-CV

____________

 

IN RE P&O PORTS INC., P&O PORTS TEXAS INC.
(n/k/a/ P&O PORTS AMERICA TEXAS, INC.) and ROBERT EARL ALLEN, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On July
9, 2007, relators P&O Ports Inc., P&O Ports Texas Inc.
(n/k/a/ P&O Ports America Texas, Inc.) and Robert Earl Allen filed a
petition for writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relators ask this court to compel the Honorable Benjamin Hardin, presiding
judge of the 23rd District Court of Brazoria County to vacate his orders dated
July 2, 2007 in which he compelled certain discovery and denied motions for
protective order and to quash such discovery.








Relators
have not established their entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relators= petition for writ of mandamus and
also deny relators= related emergency motion to stay proceedings.

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed July 10, 2007.

Panel consists of Justices Yates,
Edelman, and Frost.